IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


TAMMY L. RUSSELL,

    Plaintiff,

v.                          CASE NO. 5:11cv184-RH/EMT

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF REMAND

This social-security-disability case is before the court on the magistrate judge's report and recommendation, ECF No. 20. The recommendation is for remand to the Commissioner for further consideration or at least a further explanation. This order accepts the recommendation. But this is not a ruling that the plaintiff is entitled to benefits. The decision on remand could be to award benefits or again to deny benefits.

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The Commissioner's decision is

vacated and the case is remanded for further proceedings consistent with the report and recommendation." The clerk must close the file.

SO ORDERED on August 23, 2012.

s/Robert L. Hinkle
United States District Judge