IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

APRILLE VANICK,

    Plaintiff,

v.                                       CASE NO. 5:11cv184-RH/EMT

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This case is before the court on the magistrate judge's report and recommendation, ECF No. 31. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for attorney's fees, ECF No. 25, is GRANTED. The Secretary must pay $4,000 as attorney's fees under the Equal Access to Justice Act.

SO ORDERED on November 12, 2012.

                                          s/Robert L. Hinkle
                                          United States District Judge